UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                                  CHAPTER 13 PROCEEDING:
FILIBERTO SANTA ANA                                         05-10968-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Jul 29, 2005.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Trustee has been unable to locate the following Debtor at the address listed below.

        FILIBERTO SANTA ANA
        105 HIGHWAY 281 APT 4
        BROWNSVILLE, TX  78520

    5.   As a result, funds owed to the Debtor in the amount of $184.92 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, November 19, 2010

                                                                           Cindy Boudloche
                                                                           Chapter 13 Trustee
                                                                           555 N. Carancahua  Ste 600
                                                                           Corpus Christi, TX  78401-0823
                                                                           (361) 883-5786

#298

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                  CHAPTER 13 PROCEEDING:
FILIBERTO SANTA ANA                                      05-10968-B-13
DEBTOR

CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Nov 19, 2010, a copy of the foregoing Motion to Pay Funds into Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee


FILIBERTO SANTA ANA                                  MALAISE LAW FIRM PC (ER)
105 HIGHWAY 281 APT 4                                1265 N EXPRESSWAY 83
BROWNSVILLE, TX  78520                             BROWNSVILLE, TX  78520